UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------X

In re: Gratitude Migration, Inc.,          Case No. 18-40167 - ess

        Debtor          Chapter 7

----------------------------------------------------X

Arch Production and Design Nyc, Inc.,

        Plaintiff,

         Ad. Proc. No.

against

Gratitude Migration, Inc.,

        Defendant.

----------------------------------------------------X

## COMPLAINT IN AN ADVERSARY PROCEEDING

PLAINTIFF Arch Production and Design Nyc Inc. (hereinafter, "Arch") complaining of the Debtor Gratitude Migration, Inc., hereby alleges upon information and belief:

1. This cases arises under Federal Rule of Bankruptcy Procedure 7001(1) and (9).

2. Arch is a New York corporation with an address at 200 Corporate Drive, Suite 1, Blauvelt, New York 10913.

3. The Debtor is withholding from Arch certain personal property consisting of two trailers registered in Arch's name with the New York State Department of Motor Vehicles.

4. That the Debtor claims the said property as property of the estate in the Debtor's schedules (See Petition, Part 5, item 39).

5. That said property is the property of Arch.

6. That said property is located, upon information and belief, in a storage facility in the State of New Jersey and is of no benefit to the estate.

7. That Arch does not know and is unaware of the condition of said property.

WHEREFORE. Arch demands judgment for the turnover of the aforementioned property to Arch, damages as a result of any mistreatment of the same and a declaration that said property is not property of the estate.

Dated: New York, New York
      February 1, 2018

                                    LAW OFFICE OF ROBERT J. GUMENICK, P.C.

                                    By: _____
                                        260 Madison Avenue, 17th Floor
                                        New York, New York   10016
                                          (212) 608-7478
                                        Email: robert@gumenicklaw.com